**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Joseph<br>First name<br>Breckenridge<br>Middle name<br>Barnes<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – 5  1  6  4 | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 1

Debtor 1  Joseph Breckenridge Barnes  Case number (*if known*)_____
  *First Name*  *Middle Name*  *Last Name*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ |
| **5. Where you live** | 201 5th Street<br>Number    Street<br><br>_____<br><br>Manhattan Beach    CA    90266<br>City    State    ZIP Code<br><br>Los Angeles County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City    State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City    State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

Debtor 1  Joseph Breckenridge Barnes  Case number *(if known)*_____
  First Name  Middle Name  Last Name

# Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes. District _____ When _____ Case number _____
       District _____ When _____ Case number _____
       District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you?

   ☑ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 3

Debtor 1  Joseph Breckenridge Barnes  _____  Case number (*if known*)_____
         First Name   Middle Name   Last Name

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____  _____  _____
City                                      State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.
☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

Official Form 101           **Voluntary Petition for Individuals Filing for Bankruptcy**           page 4

Debtor 1 __Joseph Breckenridge Barnes_____ Case number (*if known*)_____
           First Name    Middle Name    Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

[✔] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

    [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    [ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

    [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    [ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Joseph Breckenridge Barnes
         First Name   Middle Name   Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No. I am not filing under Chapter 7. Go to line 18.
☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
   ☐ No
   ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _[signature]_                              X _____
Signature of Debtor 1                         Signature of Debtor 2

Executed on  02/20/2025                       Executed on _____
             MM / DD / YYYY                               MM / DD / YYYY

Debtor 1    Joseph Breckenridge Barnes  
          First Name    Middle Name    Last Name                      Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ /s/ Leslie Cohen           Date   02/20/2025  
Signature of Attorney for Debtor              MM / DD / YYYY

Leslie Cohen  
Printed name

Leslie Cohen Law PC  
Firm name

1615-A Montana Avenue  
Number   Street

Santa Monica      CA      90403  
City                     State      ZIP Code

Contact phone 3103945900      Email address leslie@lesliecohenlaw.com

93698           CA  
Bar number           State

**Fill in this information to identify your case:**

Debtor 1: Joseph Breckenridge Barnes
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Central District of California

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: Shane & Monica Evangelist
Number / Street: 10753 Cranks Rd.
City / State / ZIP Code: Culver City, CA 90230
Contact: Shane Evangelist
Contact phone: (214) 725-4616

What is the nature of the claim? Monies Loaned / Advanced
As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim:      $_____

$ 508,000.00

**2**
Creditor's Name: Gursey Schneider LLP
Number / Street: 2121 Avenue of The Stars Suite 1300
City / State / ZIP Code: Los Angeles, CA 90067
Contact: Ashley Landry
Contact phone: 949-271-9460

What is the nature of the claim? Forensic accountant
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim:      $_____

$ 188,868.96

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

28

Debtor 1 __Joseph Breckenridge Barnes__  Case number *(if known)* _____
         First Name  Middle Name  Last Name

|   | | | Unsecured claim |
|---|---|---|---|
| **3** | **Internal Revenue Service** <br> Creditor's Name <br> P.O. Box 7346 <br> Number  Street <br><br> Philadelphia  PA  19101-7346 <br> City  State  ZIP Code <br><br> Contact <br> (800) 829-1040 <br> Contact phone | What is the nature of the claim? __Taxes & Other Government Uni__ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☒ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☒ No <br> ☐ Yes. Total claim (secured and unsecured):  $_____ <br>   Value of security:  − $_____ <br>   Unsecured claim    $_____ | $ __160,000.00__ |
| **4** | **Combined Kings Road** <br> Creditor's Name <br> P.O. Box 744776 <br> Number  Street <br><br> Atlanta  GA  30374 <br> City  State  ZIP Code <br><br> Brian Miller <br> Contact <br> 310 228 1018 <br> Contact phone | What is the nature of the claim? __Personal guaranty of lease__ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br> ☐ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☒ No <br> ☐ Yes. Total claim (secured and unsecured):  $_____ <br>   Value of security:  − $_____ <br>   Unsecured claim    $_____ | $ __105,165.04__ |
| **5** | **Chase Mileage Plus** <br> Creditor's Name <br> CARDMEMBER SERVICE <br> Number  Street <br> PO BOX 6294 <br><br> Carol Stream  IL  60197 <br> City  State  ZIP Code <br><br> Contact <br> 800-888-8756 <br> Contact phone | What is the nature of the claim? __Credit Card Debt__ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☒ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☒ No <br> ☐ Yes. Total claim (secured and unsecured):  $_____ <br>   Value of security:  − $_____ <br>   Unsecured claim    $_____ | $ __77,739.99__ |
| **6** | **American Express** <br> Creditor's Name <br> PO BOX 96001 <br> Number  Street <br><br> Los Angeles  CA  90096 <br> City  State  ZIP Code <br><br> Contact <br> (800) 528-4800 <br> Contact phone | What is the nature of the claim? __Credit Card Debt__ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☒ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☒ No <br> ☐ Yes. Total claim (secured and unsecured):  $_____ <br>   Value of security:  − $_____ <br>   Unsecured claim    $_____ | $ __26,723.59__ |
| **7** | **Refoua LLC [Maurice Refoua]** <br> Creditor's Name <br> 1559 S. Sepulveda Blvd <br> Number  Street <br><br> Los Angeles  CA  90025 <br> City  State  ZIP Code <br><br> Rowell Santiago <br> Contact <br> (310) 229-9850 <br> Contact phone | What is the nature of the claim? __Personal guaranty of business lease__ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br> ☐ None of the above apply <br><br> **Does the creditor have a lien on your property?** <br> ☒ No <br> ☐ Yes. Total claim (secured and unsecured):  $_____ <br>   Value of security:  − $_____ <br>   Unsecured claim    $_____ | $ __15,100.00__ |

Debtor 1 __Joseph Breckenridge Barnes__  Case number *(if known)* _____
First Name   Middle Name   Last Name

**Unsecured claim**

**8**
Creditor's Name: __Bank of America__
Number Street: __P.O. BOX 15284__
City: __Wilmington__   State: __DE__   ZIP Code: __19850__
Contact: _____
Contact phone: __(800) 732-9194__

What is the nature of the claim? __Credit Card Debt__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ __12,330.09__

**9**
Creditor's Name: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___
Contact: _____
Contact phone: _____

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ _____

**10**
Creditor's Name: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___
Contact: _____
Contact phone: _____

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ _____

**11**
Creditor's Name: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___
Contact: _____
Contact phone: _____

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ _____

**12**
Creditor's Name: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___
Contact: _____
Contact phone: _____

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ _____

Debtor 1  Joseph Breckenridge Barnes
        First Name    Middle Name    Last Name

Case number *(if known)*_____

**Unsecured claim**

**13**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

**14**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

**15**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

**16**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

**17**
Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 4

31

Debtor 1  Joseph Breckenridge Barnes
         First Name  Middle Name  Last Name

Case number (*if known*)_____

|  | Unsecured claim |
|---|---|

**18**

Creditor's Name
Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:  − $_____
     Unsecured claim    $_____

**19**

Creditor's Name
Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:  − $_____
     Unsecured claim    $_____

**20**

Creditor's Name
Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
     Value of security:  − $_____
     Unsecured claim    $_____

32

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5

Debtor 1    Joseph Breckenridge Barnes          Case number (if known) _____
         First Name    Middle Name    Last Name

| Part 2: | Sign Below |

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____      X _____
Signature of Debtor 1                                         Signature of Debtor 2

Date 02/20/2025                                          Date 02/20/2025
     MM / DD / YYYY                                             MM / DD / YYYY

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen (SBN 93698)<br>J'aime Williams Kerper (SBN 261148)<br>LESLIE COHEN LAW PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>T: 310.394.5900 F: 310.394.9280<br>leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Joseph Breckenridge Barnes | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __02/20/2025__

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                              F 1007-1.MAILING.LIST.VERIFICATION

**American Express**
PO BOX 96001
Los Angeles, CA 90096

**Audi Financial Services**
P.O. Box 5215
Carol Stream, IL 60197-5215

**Bank of America**
P.O. BOX 15284
Wilmington, DE 19850

**Chase Mileage Plus**
CARDMEMBER SERVICE
PO BOX 6294
Carol Stream, IL 60197

**Combined Kings Road**
P.O. Box 744776
Atlanta, GA 30374

**Earth Development LLC**
703 Pier Avenue #375
Hermosa Beach, CA 90254

**EMS**
The Refinery, South Road Ellesmere Port
Cheshire, CH65 4LE

**Franchise Tax Board**
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

**Gursey Schneider LLP**
**2121 Avenue of The Stars**
**Los Angeles, CA 90067**


**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**


**John Breckenridge Barnes**
**P.O. Box 2241**
**Manhattan Beach, CA 90267**


**Joseph Inga**
**1801 Century Park East 24th Floo**
**Los Angeles, CA 90067**


**LAND ROVER FINANCIAL GROUP**
**PO BOX 650546**
**Dallas, TX 75265-0546**


**LML (London Medical Lab)**
**1 Oxford Street**
**Manchester, M14PB**


**Melody Barnes**
**42 21st Street**
**Hermosa Beach, CA 90254**


**Melody Barnes c/o Jill Foley Alexander**
**Summers Levine, LLP**
**1925 Century Park East, Ste 850**
**Los Angeles, CA 90067**

**PCH Property, LLC**
**PO BOX 511306**
**Los Angeles, CA 90051**


**Refoua LLC [Maurice Refoua]**
**1559 S. Sepulveda Blvd**
**Los Angeles, CA 90025**


**SBA (EIDL Loan)**
**312 N. Spring St.**
**Los Angeles, CA 90012**


**Shane & Monica Evangelist**
**10753 Cranks Rd.**
**Culver City, CA 90230**


**Shellpoint Mortgage**
**PO Box 80670**
**City of Industry, CA 91716-8414**


**Starmen**
**7080 Hollywood Blvd, Floor 7**
**Los Angeles, CA 90028**


**Stephen E. Manis Trust**
**2901 Clint Moore Road**
**Boca Raton, FL 33496**


**WaFd Bank**
**PO Box 80670**
**City of Industry, CA 91716-8414**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Manhattan Beach , California

Date: 02/20/2025

Joseph Breckenridge Barnes
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES